UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA NEUMAN, et al

                Case No. 2:26-cv-11029

      Plaintiffs,

                HONORABLE STEPHEN J. MURPHY, III

v.

LULULEMON USA INC.,

      Defendant.

_____/

**STIPULATED ORDER REGARDING DEFENDANT'S
RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT**

The parties, by their respective undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiffs filed a class action complaint ("CAC") in this action on March 27, 2026, and served the complaint upon lululemon usa inc. ("lululemon") on March 31, 2026.

2.      The time for lululemon to answer or otherwise respond to the CAC shall be extended to June 22, 2026.

The Parties having stipulated to the relief requested.

**SO ORDERED.**

                s/ Stephen J. Murphy, III
                STEPHEN J. MURPHY, III
                United States District Judge

Dated: April 20, 2026

1

Stipulated as to form and substance by:

| | |
|---|---|
| */s/Gerard V. Mantese (with consent)* | */s/ Stephanie A. Douglas* |
| Gerard V. Mantese (P34424) | Stephanie A. Douglas (P70272) |
| Kathryn Regan Eisenstein (P66371) | Susan A. McKeever (P73533) |
| Brian P. Markham (P85085) | Gordon J. Kangas (P80773) |
| **MANTESE HONIGMAN, P.C.** | **BUSH SEYFERTH PLLC** |
| 1361 E. Big Beaver Road | 100 W. Big Beaver Road, Suite 400 |
| Troy, MI 48083 | Troy, MI 48084 |
| (248) 457-9200 | Telephone/Fax: (248) 822-7800 |
| gmantese@manteselaw.com | douglas@bsplaw.com |
| keinstenstein@manteselaw.com | mckeever@bsplaw.com |
| bmarkham@manteselaw.com | kangas@bsplaw.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant*<br>*lululemon usa inc.* |

Dated: April 14, 2026

2