UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA NEUMAN, et al.,

        Plaintiffs,

v.

LULULEMON USA INC.,

        Defendant.

_____/

Case No. 2:26-cv-11029

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER SETTING A TIME
FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT
AND FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND**

The parties, by their respective undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiffs Joshua Neuman, Bobby Kelly, Jessica Kelly, and Ronald K. Buckman, III ("Plaintiffs") filed their Class Action Complaint ("CAC") on March 27, 2026. (ECF No. 1)

2.      By stipulation and order, Lululemon USA, Inc.'s ("Lululemon") deadline to response to the CAC is June 22, 2026.  (ECF No. 9)

3.      The parties have met and conferred regarding the CAC, and Plaintiffs have informed Lululemon that they contemplate filing an amended complaint.

4.      Because Plaintiffs contemplate filing an amended complaint, the parties agree that Lululemon shall not be required to respond to the CAC on June 22, 2026.

5.      Plaintiffs may file an amended class action complaint ("FAC") on or before September 15, 2026.

1

6.     Lululemon USA, Inc. shall answer, move or otherwise respond to the FAC on or before October 15, 2026.

The Parties have stipulated to the relief requested.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 17, 2026


*/s/ Kathryn Regan Eisenstein*

**MANTESE HONIGMAN, P.C.**
Gerard V. Mantese (P34424)
Brian P. Markham (P85085)
Kathryn Regan Eisenstein (P66371)
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200
gmantese@manteselaw.com
bmarkham@manteselaw.com
keisenstein@manteselaw.com
*Attorneys for Plaintiffs*

*/s/ Michelle Doolin (w/consent)*

**SIDLEY AUSTIN LLP**
Michelle Doolin
Leo P. Norton
12230 El Camino Road, Suite 300
San Diego, CA 92130
Leo.norton@sidley.com
Michelle.doolin@sidley.com

**BUSH SEYFERTH PLLC**
Stephanie A. Douglas (P70272)
Susan A. McKeever (P73533)
Gordon J. Kangas (P80773)
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Telephone/Fax: (248) 822-7800
douglas@bsplaw.com
mckeever@bsplaw.com
kangas@bsplaw.com
*Attorneys for Defendant lululemon usa inc*

2